LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
<u>ROSWELL, GEORGIA 30076-2102</u>
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

November 23, 2010

Clerk, United States Bankruptcy Court
914 Noble Street
Anniston, AL 36201

### **REQUEST FOR SERVICE OF NOTICES**

| | | | |
|---|---|---|---|
| RE: | Debtor(s) | : | Scott James Shrader |
| | Case Number | : | 10-41701 |
| | Chapter | : | 7 |
| | Secured Creditor | : | EMC Mortgage Corporation |
| | Loan Number | : | XXXXXX6590 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

> EMC Mortgage Corporation
> c/o McCALLA RAYMER, LLC
> Bankruptcy Department
> 1544 Old Alabama Road
> Roswell, Georgia 30076

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter. If you have any questions, please do not hesitate to call me.

Very Truly Yours,

/s/ Karen Maxcy

Karen Maxcy, Esquire
c/o McCALLA RAYMER, LLC
1544 Old Alabama Road,
Roswell, GA 30076
Phone : (678) 281-6534
Email : km5@mccallaraymer.com
Attorney Bar No : 478550

cc: Rocco Leo
Shaunathan Bell, Esq.

File Number EMC-10-16243 / 0
Request for Service of Notice